AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

REGINALD ALLEN JACKSON-11029-007
P.O. BOX 879
AYER, MA 01432
_Petitioner_

v.

AMY BONCHER, WARDEN FMC DEVENS
42 PATON ROAD
AYER, MA 01432
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. _____
_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: REGINALD ALLEN JACKSON
   (b) Other names you have used: NONE
2. Place of confinement:
   (a) Name of institution: FMC DEVENS
   (b) Address: 42 Paton Road, Ayer, MA 01432

   (c) Your identification number: 11029-007
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☐ State authorities    ☒ Other - explain:
   DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, 500 INDIANA AVENUE, NW, WASHINGTON, DC
      (b) Docket number of criminal case: F7272-81
      (c) Date of sentencing: 02/26/2086
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:   PETITIONER HAS BEEN DENIED JAIL-TIME CREDIT; EDUCATIONAL GOOD TIME CREDIT.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _____
   _____
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       _____
       _____
       _____
       _____

   (b) If you answered "No," explain why you did not appeal: _____
   _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes          ☒ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** PETITIONER CLAIMS THAT THE RESPONDENT HAS FAILED TO AWARD HIM JAIL-TIME CREDITS ; EDUCATIONAL AND STATUTORY GOOD TIME THAT PETITIONER IS ENTITLED TO, THUS INCREASING SENTENCE.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER SUBMITS THAT UNDER THE DC GOOD-TIME CREDITS ACT OF 1987, THE RESPONDENT HAS FAILED TO AWARD PETITIONER WITH JAIL-TIME, EDUCATIONAL AND STATUTORY GOOD TIME THAT THE DC GOOD TIME CREDIT ACT STATES THAT PETITIONER IS ENTITLED TO.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** RESPONDENTS VIOLATES THE FIFTH AMENDENT DUE PROCESS CLAUSE IN DENYING HIS JAIL-TIME, EDUCATIONAL AND STATUTORY GOOD TIMES DEPRIVED OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
RESPONDENT HAS INCORRECTLY COMPUTED PETITIONER'S SENTENCE, ILLEGALLY DETAINING HIM BEYOND HIS RELEASE DATE.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** PETITIONER SUBMITS THAT HE IS BEING SUBJECTED TO CRUEL & UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT TO THE U.S. CONSTITUTION.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
RESPONDENT IS SUBJECTING PETITIONER TO CRUEL AND UNUSUAL PUNISHMENT BY EXTENDING HIS PRISON SENTENCE BEYOND PETITIONER'S TRUE RELEASE DATE, SUBJECTING HIM TO BE EXPOSED TO THE COVID19 VIRUS THAT IS PRESENT HERE AT FMC DEVENS, MAKING PETITIONER'S SENTENCE A DEATH ENTENCE BECAUSE PETITIONER IS A DIABETIC AND SUFFERS FROM OTHER AILMENTS WHICH PREVENTS PETITIONER FROM FIGHTING OFF COVID19.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes           ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

## Request for Relief

15. State exactly what you want the court to do: MAKE THE RESPONDENT COMPLY WITH THE D.C. GOOD TIMES CREDIT ACT AND AWARD ME MY JAIL-TIME, EDUCATIONAL, STATUTORY AND INSTITUTIONAL GOOD TIME AND CORRECTLY COMPUTE MY SENTENCE.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/23/2022

*Reynald Jackson*
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any